565 A.2d 442

**COMMONWEALTH of Pennsylvania, OFFICE OF the AUDITOR GENERAL, Appellant,**

**v.**

**AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, COUNCIL 13, AFL–CIO, Appellee.**

Supreme Court of Pennsylvania.

Argued May 3, 1989.

Decided Oct. 24, 1989.

Robert J. Schwartz, Asst. Counsel, Nathan C. Pringle, Jr., for appellant.

Alaine S. Williams, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.